✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 18 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

1 Samuel Louis Fuller
2 P810928 · T23A.28
3 3250 west lower buckeye rd.
4 Phoenix, Arizona, 85009
5 Samuelimilion@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 8 Samuel Louis Fuller | |
| 9     Plaintiffs | No. CV12-1510-PHX-NVW(JFM) |
| 10   VS. | |
| 11 Officer Phillip Goit and | Plaintiff's Notice of Service |
| 12 Officer Brad Walston | to Third Partie Request for |
| 13     DEFENDANT(S), | Admissions |
| 14 | (Assigned to the Honorable Neil V. Wake) |

16 Plaintiff, Samuel Louis Fuller, by and through
17 Pro-Se, giving notice that Plaintiff of this civil's action
18 **Requests for Admission** directed to Captain Ansel
19 Harmon, Jail Commander, 4th avenue Jail for answer
20 disclose, response. Mailed to you this _nineth_ of
21 2013.

22    Dated this _9th_ day of _January_, 2013.

24                        by. /s/ Samuel Fuller
25                        The Plaintiff Pro-Se
26                        Inmate, P810928.
27

```
Case: 2:12cv1510




Samuel Louis Fuller  P810928
PHOENIX-AZ-MCSO-LOWER BUCKEYE
MARICOPA COUNTY SO - LOWER BUCKEYE JAIL
3250 W LOWER BUCKEYE
PHOENIX, AZ 85009
```

---

A Copie has been filed with the court and mailed to;

Captain Ansel Harmon
Jail Commander 4th Avenue Jail
100 West Washington, Suite 1900
Phoenix, Arizona 85003

Robert A. Hyde assistant City Attorney
(For Defendant(s) officer Phillip Goit and)
Officer Brad L. Walston 200 W Washington
Suite 1300, Phoenix, Arizona
85003-1611

by /s/ Samuel Fuller
The Plaintiff
Pro-se Inmate
P810928

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date __JANUARY 16, 2013__,

I ____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon. _____ United States District Court, District of Arizona.

____ Hon. _____ United States District Court, District of Arizona.

____ Deputy Clerk _____ United States District Court, District of Arizona.

____ Attorney General _____, State of Arizona.

____ Commissioner _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney _____, Maricopa County, State of Arizona.

____ Public Defender, Maricopa County, State of Arizona.

__√__ Attorney, **ASST CITY ATTORNEY, ROBERT HYDE**
      **200 W WASHINGTON #1300, PHOENIX, AZ 85003**

__√__ Other **CAPT. ANSEL HARMON, 4TH AVENUE JAIL CMDR.**
      **@ MCSO LEGAL LIAISON, 100 W WASHINGTON #1900, PHOENIX, AZ 85003**

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                          06/02/08